DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   916.444.1000
Facsimile:    916.444.2100
estallard@downeybrand.com

GARNER & GINSBURG, P.A.
W. Michael Garner (MN Bar No. 0274914)
(*admitted pro hac vice*)
222 South Ninth Street, Suite 2930
Minneapolis, MN 55402
Telephone:   (612) 259-4800
Facsimile:    (612) 259-4810
wmgarner@yourfranchiselawyer.com

Attorneys for Plaintiff/Counter-Defendants
JOLI GRACE, LLC; STACIE LANCASTER; ARTHUR LANCASTER; LOVE GRACE HOLDINGS, INC.; THE STACIE LANCASTER CHILDREN'S TRUST; and CHRISTINE THORNHILL, as trustee of the Stacie Lancaster Children's Trust

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLI GRACE, LLC, a Louisiana Limited Liability Company,<br><br>           Plaintiff,<br><br>   v.<br><br>COUNTRY VISIONS, INC., a California corporation,<br><br>           Defendant.<br><br><br>COUNTRY VISIONS, INC., a California Corporation<br><br>           Counter-Claimant,<br><br>   v.<br><br>JOLI GRACE, LLC, a Louisiana Limited | Case No. 2:16-cv-01138-WBS-EFB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF PERSONAL JURISDICTION OVER ARTHUR LANCASTER; STACIE LANCASTER; JOLI GRACE, LLC; LOVE GRACE HOLDINGS, INC.; THE STACIE LANCASTER CHILDREN'S TRUST; AND CHRISTINE THORNHILL, AS TRUSTEE OF THE STACIE LANCASTER CHILDREN'S TRUST**<br><br>Date: October 31, 2016<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb |

DOWNEY BRAND LLP

Liability Company, STACIE LANCASTER, ARTHUR LANCASTER, LOVE GRACE HOLDINGS, INC., a Delaware corporation; the STACIE LANCASTER CHILDREN'S TRUST; and CHRISTINE THORNHILL, as trustee of the Stacie Lancaster Children's Trust,

Counter-Defendants.

# NOTICE OF MOTION AND MOTION

TO DEFENDANT/COUNTER CLAIMANT AND ITS COUNSEL AND TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that on October 31, 2016 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5, 14th floor of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California, Counter-Defendants Joli Grace, LLC, Love Grace Holdings, Inc., Stacie Lancaster and Arthur Lancaster, will move, and hereby do move:

(a) To dismiss the First Amended Counterclaim ("Counterclaim") entirely pursuant to Fed. R. Civ. P. 12(b)(2) against Arthur Lancaster and Love Grace upon the grounds that this Court lacks personal jurisdiction over them;

(b) To dismiss the Counterclaim pursuant to Fed. R. Civ. P. 12(b)(2), as against the Children's Trust and Christine Thornhill because it lacks personal jurisdiction over them;

(c) To dismiss Claims I, III, IV, VI, XII and XIII pursuant to Fed. R. Civ. P. 12(b)(6), as against Arthur Lancaster and Love Grace for failure to state a claim: the Counterclaims' allegations against Arthur and Love Grace are conclusory allegations that they are the "alter egos" or "agents" of Joli Grace or Stacie Lancaster, without any factual support whatsoever;

(d) To dismiss Claim VII as to Joli Grace, Stacie and Arthur pursuant to Fed. R. Civ. P. 12(b)(6) because there are no facts to support that claim's alter ego allegations;

(e) To dismiss Claim XI, for fraud, pursuant to Fed. R. Civ. P. 12(b)(6) upon the grounds that it is barred by the economic loss doctrine;

(f)   To dismiss Claim VII, for violation of the Lanham Act, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim because:

    (i)   it alleges only conclusory statements; and

    (ii)   the claim fails to plead fraud with particularity.

(g)   To dismiss Claims VIII and IX, for violation of the California and Louisiana Unfair Competition Laws, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to plead fraud with particularity;

(h)   To dismiss Claim X, for tortious interference, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to plead sufficient facts; and

(i)   To dismiss Claim XII, for an accounting, pursuant to Fed. R. Civ. P. 12(b)(6) because California does not recognize such a claim.

Counter-Defendants' motion will be and is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Law, the Declarations of W. Michael Garner, Stacie Lancaster and Arthur Lancaster and the exhibits attached thereto, all pleadings, records and documents on file herein, and such additional evidence and argument as may be properly introduced in support of the motion.

DATED: October 3, 2016    DOWNEY BRAND LLP

By:   /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorneys for Plaintiff/Counter-Defendants
JOLI GRACE, LLC; STACIE LANCASTER; ARTHUR LANCASTER; LOVE GRACE HOLDINGS, INC.; THE STACIE LANCASTER CHILDREN'S TRUST; and CHRISTINE THORNHILL, as trustee of the Stacie Lancaster Children's Trust