1  **BOUTIN JONES INC.**
   Robert D. Swanson SBN 162816
2  Amy L. O'Neill SBN 294458
   Shea J. Kenny SBN 305068
3  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
4  T: (916) 321-4444/F: (916) 442-7597

5  **DLA PIPER LLP (US)**
   Norman M. Leon (Illinois SBN 6239480)
6   *(Admitted pro hac vice)*
   203 North LaSalle Street, Suite 1900
7  Chicago, Illinois 60601
   T: (312) 368-4000/F: (312) 236-7516
8
   **DLA PIPER LLP (US)**
9  Karen C. Marchiano (SBN 233493)
   2000 University Avenue
10 East Palo Alto, CA  94303
   T: (650) 833-2170/F: (650) 833-2001
11
   Attorneys for Defendant and Counter-Claimant
12 County Visions, Inc.

13          **IN THE UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| JOLI GRACE, LLC, a Louisiana Limited Liability Company, | Case No.  2:16-cv-01138-WBS-EFB |
| Plaintiff, | **COUNTERCLAIMANT COUNTRY VISIONS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| COUNTRY VISIONS, INC., a California corporation, | [FRCP Rule 65(a)] |
| Defendant. | Date:    November 14, 2016 |
| COUNTRY VISIONS, INC., a California corporation, | Time:    1:30 p.m. |
| | Dept:    5, 14th Floor |
| Counter-Claimant, | Judge:   Hon. William B. Shubb |
| v. | |
| JOLI GRACE, LLC, a Louisiana Limited Liability Company, STACIE LANCASTER, ARTHUR LANCASTER, and LOVE GRACE HOLDINGS, INC., a Delaware corporation, | |
| Counter-Defendants. | |

1
COUNTERCLAIMANT COUNTRY VISIONS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
820946.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 14, 2016, at 1:30 p.m., or as soon as counsel may be heard in Courtroom 5, located in the United States Courthouse at 501 I Stree, Sacramento, California 95814, before the Honorable William B. Shubb, Plaintiff Country Visions, Inc. ("Plaintiff" or "CVI"), will move the Court for a preliminary injunction to enjoin the conduct of Counter-Defendants Joli Grace, LLC ("Joli Grace"), Stacie Lancaster, and their agents, servants and employees, and those people in active concert or participation with them, including but not limited to Love Grace Holdings, Inc. and Arthur Lancaster.

Plaintiff will seek a preliminary injunction as follows:

1. Within 15 days, Joli Grace, Stacie Lancaster, and their agents, servants and employees, family members, and those people in active concert or participation with them, including but not limited to Love Grace Holdings, Inc. and Arthur Lancaster, are ordered to surrender possession to the Hattiesburg Store and are ejected from the premises and facilities located at 1000 Turtle Creek Dr., # 70, Hattiesburg, Mississippi; they are further required to take any and all actions necessary, if any there be, to effectuate the transfer of the lease to CVI.

2. Joli Grace, Stacie Lancaster, Love Grace, Arthur Lancaster and their agents, servants and employees, family members, and those people in active concert or participation with them are immediately prohibited from operating Blu Spero in the Hattiesburg Store location.

3. In connection with the Hattiesburg Store, Joli Grace, Stacie Lancaster, and their agents, servants and employees, family members, and those people in active concert or participation with them, including but not limited to Love Grace Holdings, Inc. and Arthur Lancaster, are immediately enjoined and restrained from:

   a. Using the Apricot Lane Marks or any trademark, service mark, logo or trade name that is confusingly similar to the Apricot Lane Marks;

   b. Otherwise infringing the Apricot Lane Marks or using any similar designation, alone or in combination with any other components;

   c. Passing off any of their products or services as those of CVI's authorized franchisees;

2
COUNTERCLAIMANT COUNTRY VISIONS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
820946.1

        d.        Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of their businesses, products, or services, including but not limited to the continued operation of "Blu Spero" in the Hattiesburg Store;

        e.        Causing a likelihood of confusion or misunderstanding as to their affiliation, connection or association with CVI and its franchisees or any of CVI's products or services, including but not limited to the continued operation of "Blu Spero" in the Hattiesburg Store; and

        f.        Unfairly competing with CVI or its franchisees, in any manner, including but not limited to the continued operation of "Blu Spero" in the Hattiesburg Store;

4.        Under 15 U.S.C. § 1118, all labels, signs prints, packages, receptacles, logo items, and advertisements, bearing the Apricot Lane Marks which were obtained for use in the Hattiesburg Store, in the possession of Joli Grace, Stacie Grace, or their agents, servants and employees, and those people in active concert or participation with them, must be delivered to CVI at counter-defendants' cost.

As grounds for this Motion, Plaintiff submits that it has lawfully terminated the Hattiesburg Franchise Agreement entered into between it and Joli Grace. Subsequent to the lawful termination of the Hattiesburg Franchise Agreement, Joli Grace and Stacie Lancaster failed to vacate the Hattiesburg Store and turn over the lease to the store as is required by the Hattiesburg Franchise Agreement in the event of termination. In addition, Joli Grace and Stacie Lancaster have continued post-termination operation of the Hattiesburg Store, recently converting it to a "Blu Spero" store and have continued to wrongfully use the Apricot Lane Trademark in operation of the Hattiesburg Store. Joli Grace and Stacie Lancaster's actions, in conjunction with the actions of Love Grace Holdings, Inc. and Arthur Lancaster, constitute post-termination breaches of the Hattiesburg Franchise Agreement and violations of the Lanham Act. Thus an injunction against their continuing unlawful actions is warranted here.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, Proposed Order, Declaration of Kenneth Petersen, and Declaration of Sarah

Martin submitted herewith, and on the pleadings and files of record in this matter, and on such oral argument and admissible evidence as may be presented at the hearing on the matter.

Plaintiff requests oral argument on this Motion.

Dated: October 11, 2016.                                  BOUTIN JONES INC.

By:  */s/ Robert D. Swanson*
Robert D. Swanson
Attorney for Defendant and Counter-Claimant Country Visions, Inc.,
a California corporation