DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:   916.444.1000
Facsimile:    916.444.2100
estallard@downeybrand.com

GARNER & GINSBURG, P.A.
W. Michael Garner (MN Bar No. 0274914)
(*admitted pro hac vice*)
222 South Ninth Street, Suite 2930
Minneapolis, MN 55402
Telephone:   (612) 259-4800
Facsimile:    (612) 259-4810
wmgarner@yourfranchiselawyer.com

Attorneys for Plaintiff/Counter-Defendants
JOLI GRACE, LLC; STACIE LANCASTER;
ARTHUR LANCASTER; and LOVE GRACE
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLI GRACE, LLC, a Louisiana Limited Liability Company,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTRY VISIONS, INC., a California corporation,<br><br>         Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  2:16-cv-01138-WBS-EFB<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS COUNTERCLAIM; [~~PROPOSED~~] ORDER** |

Plaintiff/Counter-Defendants JOLI GRACE, LLC; STACIE LANCASTER; ARTHUR LANCASTER; and LOVE GRACE HOLDINGS, INC., and Defendant/Counter-Claimant COUNTRY VISIONS, INC. (the "Parties"), by and through their respective counsel of record, stipulate as follows:

/ / /

## RECITALS

On October 17, 2016, Plaintiff/Counter-Defendants JOLI GRACE, LLC, STACIE LANCASTER, LOVE GRACE HOLDINGS, INC. AND ARTHUR LANCASTER (Counter-Defendants) filed a motion to dismiss counterclaim. The motion is currently set for hearing on October 31, 2016.

Counsel for Plaintiff/Counter-Defendants has a scheduling conflict with the current hearing date. Defendant/Counter-Claimant is willing to continue the date of the hearing to accommodate this scheduling conflict so long as the briefing schedule for the Motion remains based on the initial hearing date, and Counter Defendants do not seek to change the November 14, 2016 hearing date on Defendant's Motion for a Preliminary Injunction.

## STIPULATION

The Parties stipulate to vacate the hearing date of October 31, 2016, and continue the motion hearing to November 28, 2016. The deadline to file any reply papers shall not move and shall be based on the original hearing date, and Counter-Defendants will not seek to change the hearing date on Defendant's Motion for a Preliminary Injunction.

DATED: October 24, 2016     DOWNEY BRAND LLP

By: /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorneys for Plaintiff/Counter-Defendants
JOLI GRACE, LLC; STACIE LANCASTER,
ARTHUR LANCASTER; and LOVE GRACE
HOLDINGS, INC.

DATED: October 24, 2016     DLA PIPER LLP

By: /s/ Robert D. Swanson (as authorized on 10/24/16)
ROBERT D. SWANSON
Attorneys for Defendants/Counter-Claimant
COUNTRY VISIONS, INC.

**ORDER**

Based on the Parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing date on the pending motion to dismiss be vacated and continued to November 28, 2016, at 1:30 p.m. in Courtroom 5, 14th Floor. The deadline to file any reply shall not move and shall be based on the original hearing date.

IT IS SO ORDERED.

Dated: October 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE