DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
estallard@downeybrand.com

GARNER & GINSBURG, P.A.
W. Michael Garner (MN Bar No. 0274914)
(*admitted pro hac vice*)
222 South Ninth Street, Suite 2930
Minneapolis, MN 55402
Telephone: (612) 259-4800
Facsimile: (612) 259-4810
wmgarner@yourfranchiselawyer.com

Attorneys for Plaintiff/Counter-Defendants
JOLI GRACE, LLC and STACIE LANCASTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLI GRACE, LLC, a Louisiana Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY VISIONS, INC., a California corporation,<br><br>Defendant. | Case No. 2:16-cv-01138-WBS-EFB<br><br>[~~PROPOSED~~] ORDER |
| AND RELATED CROSS-ACTIONS. | |

Pursuant to the stipulation of all parties to this case, and good cause existing therefore:

**IT IS HEREBY ORDERED that the following deadlines in the Court's Status (Pretrial Scheduling Order dated December 27, 2016 are hereby modified as follows:**

- Disclosure of Experts and Reports extended from June 16, 2017 to August 16, 2017.

1

[~~PROPOSED~~ ORDER]

- Rebuttal Expert Disclosure and Reports extended from July 14, 2017 to September 14, 2017.
- Close of Discovery and Motion to Compel Discovery extended from August 25, 2017 to October 25, 2017.

**IT IS SO ORDERED.**

**Dated: June 5, 2017**

_____
**Edmund F. Brennan**
**Chief United States Magistrate Judge**