**BOUTIN JONES INC.**
Robert D. Swanson SBN 162816
Kelley M. Lincoln SBN 221467
Shea J. Kenny SBN 305068
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 442-7597

**DLA PIPER LLP (US)**
Norman M. Leon (Illinois SBN 6239480)
 *(Admitted pro hac vice)*
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: (312) 368-4000/F: (312) 236-7516

**DLA PIPER LLP (US)**
Karen C. Marchiano (SBN 233493)
2000 University Avenue
East Palo Alto, CA 94303
T: (650) 833-2170/F: (650) 833-2001

Attorneys for Defendant and Counter-Claimant
County Visions, Inc.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLI GRACE, LLC, a Louisiana Limited Liability Company, <br><br> Plaintiff, <br> v. <br><br> COUNTRY VISIONS, INC., a California corporation, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:16-cv-01138-WBS-EFB <br><br> **ORDER** |

Pursuant to the stipulation of all parties to this case, and good cause existing therefore:

**IT IS HEREBY ORDERED that the following deadlines in the Court's Status (Pre-Trial Scheduling Order dated December 27, 2016 are hereby modified as follows:**

- Close of Discovery and Motion to Compel Discovery is extended from October 25, 2017 to November 24, 2017.

- Deadline to file all motions, except motions for continuance, temporary restraining orders or other emergency applications, is extended from November 3, 2017 to December 4, 2017.

- The Pretrial Conference date is continued to January 29, 2018 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE