**DOWNEY BRAND LLP**
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
estallard@downeybrand.com

**GARNER & GINSBURG, P.A**.
W. Michael Garner (MN Bar No. 0274914) (*admitted pro hac vice*)
222 South Ninth Street, Suite 2930
Minneapolis, MN 55402
Telephone: (612) 259-4800
wmgarner@yourfranchiselawyer.com

Attorneys for Plaintiff/Counter-Defendants JOLI GRACE, LLC; STACIE LANCASTER; ARTHUR LANCASTER; and LOVE GRACE HOLDINGS, INC.

**BOUTIN JONES INC.**
Robert D. Swanson SBN 162816
Kelley M. Lincoln SBN 221467
Shea J. Kenny SBN 305068
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444

**DLA PIPER LLP (US)**
Norman M. Leon (Illinois SBN 6239480)
  *(Admitted pro hac vice)*
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: (312) 368-4000

**DLA PIPER LLP (US)**
Karen C. Marchiano (SBN 233493)
2000 University Avenue
East Palo Alto, CA 94303
T: (650) 833-2170

Attorneys for Defendant and Counter-Claimant County Visions, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOLI GRACE, LLC, a Louisiana Limited Liability Company,<br><br>  Plaintiff,<br>  v.<br><br>COUNTRY VISIONS, INC., a California corporation,<br><br>  Defendant. | Case No. 2:16-cv-01138-WBS-EFB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

---

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
910239.2

| | |
|---|---|
| 1 | AND RELATED CROSS-ACTIONS. ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counter-Defendant JOLI GRACE, LLC, a Louisiana Limited Liability Company, Defendant and Counter-Claimant COUNTRY VISIONS, INC., a California corporation, and Counter-Defendant Stacie Lancaster, an individual, by and through their undersigned counsel (collectively, the "Parties"), that the entire action and all claims of the Parties, including all Counterclaims, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: December 7, 2017                    GARNER & GINSBURG, P.A.

By:  /s/   *W. Michael Garner*
    W. Michael Garner
    Attorney for Plaintiff Joli Grace LLC
    and Counter-Defendants Joli Grace LLC and
    Stacie Lancaster

Dated: December 7, 2017                    BOUTIN JONES INC.

By:  /s/   *Robert D. Swanson*
    Robert D. Swanson
    Kelley M. Lincoln
    Attorney for Defendant and Counter-
    Claimant Country Visions, Inc.,
    a California corporation

# **ORDER**

Good cause appearing, the above-referenced action, including all claims and counterclaims, is hereby DISMISSED WITH PREJUDICE as to all parties pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party shall bear their own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED: December 11, 2017         /s/ JOHN A. MENDEZ
For THE HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE